■ JOHN J. MCDONALD, Plaintiff, v. AMES SUPPLY Co., INC., Defendant and Third-Party Plaintiff-Appellant, et al., Defendant. AEROSOL RESEARCH Co., Third-Party Defendant-Respondent.— Order of the Supreme Court, Kings County, dated May 19, 1966, affirmed, without costs. The third-party summons

and complaint, which were left with a building receptionist who thereafter delivered them to the respondent corporation's sales manager, were not delivered to a person authorized to receive service on behalf of a corporation (CPLR 311, subd. 1; cf. *Ziembicki* v. *Mott Improvement Corp.*, 18 A D 2d 926; *Clark* v. *Fifty Seventh Madison Corp.*, 13 A D 2d 693). Beldock, P. J., Ughetta, Christ, Hill and Benjamin, JJ., concur.